Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EVAN CARNAHAN,

                 Plaintiff(s),

   v.

ALPHA EPSILON PI FRATERNITY, INC. and DAVID LEON,

                 Defendant(s).

NO. 2:17-cv-00086-RSL

NOTICE OF APPEARANCE

(Clerk's Action Required)

TO:        Clerk of the Court;

AND TO:    Mark Clayton Choate, Attorney for Plaintiff

      PLEASE TAKE NOTICE that the appearance of defendant Alpha Epsilon Pi Fraternity, Inc. is hereby entered in the above-entitled action through the undersigned attorneys, without precluding the right to challenge lack of jurisdiction, insufficiency of process and insufficiency of service of process pursuant to CR 12(b), and that all future pleadings or papers, exclusive of original process, are to be served upon said attorneys at their address below stated.

NOTICE OF APPEARANCE - 1
10718-0002  5409449.doc
Case No. 2:17-cv-00086-RSL

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON 98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

1  DATED this 12th day of May, 2017.

2                                                     PREG O'DONNELL & GILLETT PLLC

3

4                                                     By /s/ Jeffrey W. Daly
                                                         Jeffrey W. Daly, WSBA #26915
5                                                     Attorneys for Defendant Alpha Epsilon Pi
                                                      Fraternity, Inc.
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF APPEARANCE - 2
10718-0002  5409449.doc
Case No. 2:17-cv-00086-RSL

**PREG O'DONNELL & GILLETT** PLLC
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113

**DECLARATION OF SERVICE**

I hereby declare that on this day, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record listed below:

**Counsel for Plaintiff Evan Carnahan**:
Mark Clayton Choate, Esq.
Choate Law Firm, LLC
424 N. Franklin Street
Juneau, Alaska  99801
***mark@choatelawfirm.com***

DATED in Seattle, Washington, this 12th day of May, 2017.

*/s/ Ana I. Todakonzie*
Ana I. Todakonzie

NOTICE OF APPEARANCE - 3
10718-0002 5409449.doc
Case No. 2:17-cv-00086-RSL

**PREG O'DONNELL & GILLETT PLLC**
901 FIFTH AVE., SUITE 3400
SEATTLE, WASHINGTON  98164-2026
TELEPHONE: (206) 287-1775 • FACSIMILE: (206) 287-9113