The Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINTON AT SEATTLE

| | |
|---|---|
| EVAN CARNAHAN,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHA EPSILON FRATERNITY, INC. and DAVID LEON;<br><br>Defendants. | Case No. 2:17-cv-00086<br><br>**ORDER GRANTING MOTION FOR EXTENSION TO OPPOSE DEFENDANT ALPHA EPSILON'S RULE 12(B)(6) MOTION TO DISMISS**<br><br>NOTING DATE: JUNE 30, 2017 |

On motion of the plaintiff and the Court being otherwise duly advised in the premises;

Plaintiff's motion to extend the time to file a response to defendant Alpha Epsilon Fraternity, Inc.'s 12(b)(6) Motion to Dismiss is GRANTED. The response plaintiff filed on July 7, 2017, will be considered. The Clerk of Court is directed to renote defendant's motion to dismiss (Dkt. # 13) on the Court's calendar for Friday, July 14, 2017, to give defendant an opportunity to file a reply memorandum.

Dated this 11th day of July, 2017.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
U.S. District Court Judge