UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVAN CARNAHAN,<br><br>            Plaintiff,<br><br>      v.<br><br>ALPHA EPSILON PI FRATERNITY, INC.,<br>and DAVID LEON,<br><br>           Defendants. | Case No. C17-86RSL<br><br>ORDER GRANTING<br>MOTION FOR<br>EXTENSION OF TIME |

This matter comes before the Court on plaintiff Evan Carnahan's "Motion for Extension of Time to Add Parties." Dkt. # 27. For the reasons explained below, the motion is GRANTED.

This case arises out of an injury that plaintiff Evan Carnahan allegedly suffered at the hands of a fraternity brother. Carnahan filed a complaint alleging negligence on the part of the fraternity brother, David Leon, and negligence and breach of contract on the part of the national fraternity, Alpha Epsilon Pi Fraternity, Inc. (AEP). In August 2017, the Court issued a Minute Order that, among other things, set a deadline of August 30, 2017, for joining additional parties. Dkt. # 26. On that day, plaintiff moved for a sixty-day extension, asserting that investigation in the interim had revealed potential parties other than David Leon and AEP that may be proper defendants as well.

Defendant David Leon does not oppose plaintiff's motion, but AEP opposes it on various grounds that invoke the Federal Rules of Civil Procedure and the state statute of limitations.

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1

Those arguments may apply to a potential amended complaint, but the matter before the Court only concerns the Court's own deadline for adding parties. Plaintiff's motion was filed on the deadline and resolution of this claim's merits stands to benefit from additional discovery to sort through the proper defendants.

Defendant's motion, Dkt. # 27, is GRANTED, and the deadline for adding parties is continued until January 14, 2018.

DATED this 22nd day of November, 2017.

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 2