UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVAN CARNAHAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ALPHA EPSILON PI FRATERNITY, INC., *et al.*,<br><br>    Defendants. | Case No. C17-86RSL<br><br>ORDER GRANTING<br>MOTIONS TO SEAL |

  This matter comes before the Court on the parties' motions to seal. Dkt. ## 44, 51. The underlying material the parties seek to file under seal concerns information that defendant David Leon claims is protected work product. See Dkt. # 49. Federal Civil Rule 26(b)(5)(B) provides that allegedly protected material may be submitted to the Court under seal while the Court determines whether it is protected. The motions, Dkt. ## 44, 51, are GRANTED. The Court hereby ORDERS that the filings entered at Dkt. ## 45, 53, and 54 shall remain under seal until further order of the Court.

  DATED this 19th day of June, 2018.

                /s/ Robert S. Lasnik
                Robert S. Lasnik
                United States District Judge