THE HONORABLE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EVAN CARNAHAN,<br><br>Plaintiff,<br><br>vs.<br><br>ALPHA EPSILON PI FRATERNITY, INC. and DAVID LEON,<br><br>Defendants. | Case No. 2:17-cv-00086 RSL<br><br>STIPULATION TO DISMISS DEFENDANT ALPHA EPSILON PI FRATERNITY, INC. AND ORDER OF DISMISSAL<br>NOTED ON MOTION CALENDAR:<br>June 18, 2018 |

The Court, having considered the parties' Stipulation to Dismiss Defendant ALPHA EPSILON PI FRATERNITY, INC.:

The claims against Defendant ALPHA EPSILON PI FRATERNITY, INC. are DISMISSED with prejudice, each party to bear its own costs with respect to the claims against Alpha Epsilon Pi Fraternity, Inc.

IT IS SO ORDERED.

ORDER GRANTING DISMISSAL OF AEPi
*Carnahan v. AEPi et al.*, 2:17-cv-00086 RSL
Page 1 of 2

CHOATE LAW FIRM LLC
424 N. Franklin St., Juneau, AK 99801
Tel: (907) 586-4490 Fax: (888) 856-3894
lawyers@choatelawfirm.com

Presented by

s/Mark Choate
Mark Choate, WSBA No. 43049
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
Tel: (907) 586-4490
Fax: (888) 856-3804
Email: lawyers@choatelawfirm.com

Dated this 19th day of [Month], [Year]. June, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DISMISSAL OF AEPi
Carnahan v. AEPi et al., 2:17-cv-00086 RSL
Page 2 of 2

CHOATE LAW FIRM LLC
424 N. Franklin St., Juneau, AK 99801
Tel: (907) 586-4490 Fax: (888) 856-3894
lawyers@choatelawfirm.com