**THE HONORABLE ROBERT S. LASNIK**

# IN THE UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EVAN CARNAHAN,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LEON,<br><br>Defendants. | Case No. 2:17-cv-00086 RSL<br><br>STIPULATION & ORDER TO EXTEND DISCOVERY FOR DEPOSITION OF CHARLOTTE SMITH, M.D. |

The parties stipulate to extend the discovery close date to allow for the late-taking of the deposition of Charlotte Smith, M.D., to occur after July 2, 2018. Dr. Smith is unavailable for her scheduled deposition set for June 26, 2018 because of a family emergency.

Dr. Smith has indicated that she will confer with Plaintiff's counsel and provide new dates of availability by June 27, 2018. So as to not impair the parties' ability to prepare for trial,

STIPULATION & ORDER TO EXTEND
DISCOVERY FOR DEPOSITION OF
CHARLOTTE SMITH, M.D.
*Carnahan v. Alpha Epsilon Pi, et al.*
2:17-cv-00086 RSL

CHOATE LAW FIRM LLC
424 N. Franklin St., Juneau, AK 99801
Tel: (907) 586-4490 Fax: (888) 856-3894
lawyers@choatelawfirm.com

Plaintiff's counsel shall make reasonable efforts to provide alternative dates for Dr. Smith's deposition as close as possible to the current July 2, 2018 discovery cutoff.

Dated: Monday, June 18, 2018.

Respectfully Submitted,

By: _____*s/Mark Choate*_____
Mark Choate, WSBA No. 43049
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
lawyers@choatelawfirm.com
Attorneys for Evan Carnahan


By: _____*s/Dylan Jackson*_____
Dylan Jackson, WSBA No. 29220
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
jackson@wscd.com
sbaih@wscd.com
Attorneys for David Leon

## ORDER

On stipulation of the parties, IT IS SO ORDERED.

Dated: June 27, 2018

_____/s/ Robert S. Lasnik_____
Robert S. Lasnik
U.S. District Court Judge

STIPULATION & ORDER TO EXTEND DISCOVERY FOR DEPOSITION OF CHARLOTTE SMITH, M.D.
*Carnahan v. Alpha Epsilon Pi, et al.*
2:17-cv-00086 RSL

CHOATE LAW FIRM LLC
424 N. Franklin St., Juneau, AK 99801
Tel: (907) 586-4490 Fax: (888) 856-3894
lawyers@choatelawfirm.com