THE HONORABLE ROBERT S. LASNIK
Trial Date: September 10, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| EVAN CARNAHAN,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ALPHA EPSILON PI FRATERNITY, INC. and DAVID LEON,<br><br>　　　　　　　　　Defendants. | No. 2:17-cv-00086 RSL<br><br>STIPULATION ON MOTIONS IN LIMINE |
|---|---|

On August 10, 2018, at 1 p.m., the parties, by and through their counsel, held a conference call to meet and confer about motions in limine to be filed on this case. After discussing those motions, the parties stipulate to the following:

1. The parties stipulate that no new expert opinions will be offered at trial. Testifying experts will limit their opinions to the opinions contained in their expert disclosures and their expert reports. Undisclosed opinions may not be introduced at trial. FRCP 37(c)(1).

2. The parties stipulate that evidence of the parties' pecuniary status will not be introduced or admitted. The parties recognize that either party's respective wealth

STIPULATION ON MOTIONS IN LIMINE
(Cause No. 2:17-cv-00086 RSL) – 1
js/JS1588.055/3051342x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

or lack of wealth is not relevant to the case and not proper evidence for the jury to consider when deciding this case.

3. The parties stipulate to the exclusion of any "golden rule" testimony or argument. The parties agree that "golden rule" arguments, which ask the jurors to put themselves in the shoes of one of the parties, are not proper in this case.

4. The parties stipulate to the exclusionary rule that no non-party witness may sit in the court room until after they testify at trial.

5. The parties stipulate to the exclusion of any evidence or argument referring to any motions or positions taken in motions in this case.

6. The parties stipulate to the exclusion of any evidence or argument referring to past settlement discussions, offers, arguments and claims made during settlement negotiations, and positions taken during settlement negotiations and discussions.

7. The parties agree to provide each other with at least one court days' notice of witnesses who will be called to testify at trial.

8. The parties agree that plaintiff's medical providers may not offer expert opinions outside the scope of the treatment they provided unless they have been disclosed as experts and have provided a written report. Medical providers not disclosed as experts will be limited to percipient testimony.

9. The parties agree that no evidence of either party's insurance will be introduced or admitted at trial.

STIPULATION ON MOTIONS IN LIMINE
(Cause No. 2:17-cv-00086 RSL) – 2
js/JS1588.055/3051342x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED: October 31, 2018

*s/ Mark Choate*
Mark Choate, WSBA No. 43049
Jon Choate, WSBA No. 53690
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
Tel: (907) 586-4490
Fax: (888) 856-3804
Email:mark@choatelawfirm.com;
jon@choatelawfirm.com
Attorneys for Plaintiff

*s/Dylan E. Jackson*
Dylan E. Jackson, WSBA No. 29220
Jeff M. Sbaih, WSBA No. 51551
Wilson Smith Cochran Dickerson
901 Fifth Avenue Suite 1700
Seattle, WA 98164
Phone: 206-623-4100; Fax: 206-623-9273
jackson@wscd.com; sbaih@wscd.com
Attorneys for Defendant

## ORDER

Based on the above stipulation by counsel, the Court hereby orders as follows:

1. No new expert opinions will be offered at trial. Testifying experts will limit their opinions to the opinions contained in their expert disclosures and their expert reports. Undisclosed opinions may not be introduced at trial. FRCP 37(c)(1).

2. Evidence of the parties' pecuniary status will not be introduced or admitted.

3. Neither party will offer testimony or argument invoking or referring to the "golden rule" in any way.

4. Any non-party witnesses shall abide by the exclusionary rule.

STIPULATION ON MOTIONS IN LIMINE
(Cause No. 2:17-cv-00086 RSL) – 3
js/JS1588.055/3051342x


WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

<mark>Case 2:17-cv-00086-RSL   Document 89   Filed 10/31/18   Page 4 of 5</mark>

<mark /><mark /><mark /><mark />5. Neither party will introduce evidence or argument referring to any motions or positions the parties took in motions in this case.

6. Neither party will introduce evidence or argument referring to past settlement discussions, offers, arguments and claims made during settlement negotiations, and positions taken during settlement negotiations and discussions.

7. The parties will provide each other with at least one court days' notice of witnesses who will be called to testify at trial.

8. Plaintiff's medical providers may not offer expert opinions outside the scope of the treatment they provided unless they have been disclosed as experts and have provided a written report. Medical providers not disclosed as experts will be limited to percipient testimony.

9. The parties agree that no evidence of either party's insurance will be introduced or admitted at trial.

IT IS SO ORDERED.

DATED: __6th__ day of __Nov.__, 2018.



_____
Honorable Robert S. Lasnik
U.S. District Court Judge

//
//
//

<mark>STIPULATION ON MOTIONS IN LIMINE
(Cause No. 2:17-cv-00086 RSL) – 4
js/JS1588.055/3051342x</mark>

<mark>WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273</mark>

Presented by:

*s/ Mark Choate*
Mark Choate, WSBA No. 43049
Jon Choate, WSBA No. 53690
CHOATE LAW FIRM LLC
424 N. Franklin Street
Juneau, AK 99801
Tel: (907) 586-4490
Fax: (888) 856-3804
Email: lawyers@choatelawfirm.com
Attorneys for Plaintiff

*s/ Dylan E. Jackson*
Dylan E. Jackson, WSBA No. 29220
Jeff M. Sbaih, WSBA No. 51551
Wilson Smith Cochran Dickerson
901 Fifth Avenue Suite 1700
Seattle, WA 98164
Phone: 206-623-4100; Fax: 206-623-9273
jackson@wscd.com; sbaih@wscd.com
Attorneys for Defendant

STIPULATION ON MOTIONS IN LIMINE
(Cause No. 2:17-cv-00086 RSL) – 5
js/JS1588.055/3051342x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273