UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVAN CARNAHAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALPHA EPSILON PI FRATERNITY, INC.<br>and DAVID LEON,<br><br>　　　　　　Defendants. | Case No. 2:17-CV-00086-RSL<br><br>ORDER RENOTING<br>MOTIONS IN LIMINE |

The following Minute Order is made and entered on the docket at the discretion of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

On August 13, 2018, plaintiff Evan Carnahan filed two motions in limine, see Dkt. #75, and defendant David Leon filed seven motions in limine. See Dkt. #77. Pursuant to the Court's "Amended Order Setting Trial Date and Related Dates," see Dkt. #99, the Clerk of Court is directed to renote these motions on the Court's calendar for Friday, June 7.

DATED this 8th day of March, 2019.

　　　　　　　　　　　　　　　　s/ Kerry Simonds
　　　　　　　　　　　　　　　　Kerry Simonds, Deputy Clerk to the
　　　　　　　　　　　　　　　　Honorable Robert S. Lasnik, Judge

ORDER RENOTING MOTIONS IN LIMINE - 1