| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| WESTERN DISTRICT OF WASHINGTON | |
| EVAN L CANAHAN,<br><br>        Plaintiff,<br><br>        v.<br><br>ALPHA EPSILON PI FRATERNITY INC.,<br><br>        Defendant. | NO. 2:17-cv-0086-SAB<br><br>**ORDER STRIKING WITH LEAVE TO RENEW** |

Currently, there are pending Motions in Limine. Recently, the Court issued a new Scheduling Order that sets forth new deadlines for filing Motions in Limine. For docket management purposes, the Court will strike the pending Motions with leave to renew.

//
//
//
//
//
//
//
//
//

**ORDER STRIKING WITH LEAVE TO RENEW ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motions in Limine, ECF No. 75, is **STRICKEN**, with leave to renew.
2. Defendant's Motions in Limine, ECF No. 77, is **STRICKEN**, with leave to renew.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 27th day of September 2019.

*Stanley A. Bastian* (signature)

Stanley A. Bastian
United States District Judge