UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVAN L CARNAHAN,<br>Plaintiff,<br>v.<br>ALPHA EPSILON PI FRATERNITY INC.,<br>Defendant. | NO. 2:17-cv-0086-SAB<br><br>**ORDER SETTING EXPERT DEADLINE** |

A telephonic scheduling conference was held in this matter on February 4, 2020. John Michael Choat appeared on behalf of Plaintiff and Jeff Sbaih and Dylan Jackson appeared on behalf of Defendant. The parties discussed the status of Defendant's newly retained expert witness, pursuant to ECF No. 136. The Court set a deadline for Defendant to serve an expert report and set a telephonic scheduling conference date to address scheduling after the report is served.

Accordingly, **IT IS ORDERED:**

1. Defendant shall identify its fraternity expert and serve its written report as required by Rule 26(a)(2) on all other parties no later than March 16, 2020. Defendant shall also provide dates for which that expert can be available for deposition.

//

//

2. A telephonic status conference will be held on **April 7th, 2020, at 10:30 a.m.** to discuss trial scheduling. Participants are to call the Court Conference Line at 1-888-204-5984, with the access code of 6790153. The Parties are encouraged to prepare a joint discovery plan to discuss at this status conference.

**DATED** this 4th day of February 2020.



Stanley A. Bastian
United States District Judge