UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVAN CANAHAN,<br><br>      Plaintiff,<br><br>      v.<br><br>DAVID LEON,<br><br>      Defendant. | No. 2:17-CV-0086-SAB<br><br>**ORDER FOLLOWING STATUS CONFERENCE; SETTING DEADLINES**<br><br>**BENCH TRIAL SET FOR JUNE 28, 2021 @ 9:00 AM** |

    A telephonic scheduling conference was held in this matter on November 3, 2020. Mark Choate appeared on behalf of Plaintiff and Dylan Jackson appeared on behalf of Defendant. At the hearing, the Court set deadlines for remaining discovery disclosures between the parties and asked the parties to submit their availabilities to set a trial date. This Order memorializes the deadlines set by the Court and sets a trial date.

//

//

//

//

**ORDER FOLLOWING STATUS CONFERENCE; SETTING DEADLINES # 1**

Accordingly, **IT IS HEREBY ORDERED:**

## TRIAL DATES

**1. Bench Trial.** The bench trial shall commence on **June 28, 2021**, at **9:00 a.m.** in **Seattle**, Washington. Counsel estimates a trial length of seven days. The parties **shall** file jury trial waivers on or before **November 20, 2020**.

**2. Pretrial Conference.** A pretrial conference will be held **by video** on **June 8, 2021**, at **11:00 a.m.** Case participants will be provided with separate call-in details by email from the Court's staff.

## DISCOVERY DEADLINES

**3. Discovery.**

   A. *Deadline for remaining discovery from Plaintiff to Defendant*. All remaining discovery shall be completed on or before **November 30, 2020**.

   C. *Deadline for remaining discovery from Defendant to Plaintiff*. All remaining discovery shall be completed on or before **January 15, 2021**.

## MOTION DEADLINES

**4. Dispositive Motions.** All dispositive motions shall be filed and served on or before **February 16, 2021**.

**5. Motions *in Limine*.**

   A. *Motions* in Limine: shall be filed and served on or before **May 17, 2021**.

   B. *Responses*: shall be filed and served on or before **May 24, 2021**.

   C. *Replies*: shall be filed and served on or before **June 1, 2021**.

   D. *Notation*: Motions *in limine* shall be noted for hearing at the pretrial conference.

## TRIAL PREPARATION DEADLINES

**6. Exhibit and Witness Lists.**

   A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **May 24, 2021**.

**ORDER FOLLOWING STATUS CONFERENCE; SETTING DEADLINES # 2**

B. *Identification*: The witness list shall include identification of each witness's testimony.

C. *Notation of Exhibits*: Where feasible, all exhibits identified in depositions shall be pre-marked with the exhibit numbers that will be used at trial. Plaintiff's trial exhibits are to be numbered 1 through 199; Defendant's exhibits are to be numbered 200 and following.

D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **June 1, 2021**.

E. *Responses*: Responses, if any, to objections shall be filed and served on or before **June 7, 2021**.

**7. Pretrial Exhibit Stipulation.**

A. *Stipulation*: The parties shall prepare a pretrial exhibit stipulation that shall contain each party's numbered list of all trial exhibits with the opposing party's objections to each exhibit, including the basis of the objection and the offering party's brief response. All exhibits to which there is no objection shall be deemed admitted, subject to any objections at trial that could not be raised in advance.

B. *Deadline*: The pretrial exhibit stipulation shall be filed on **June 1, 2021**.

C. Objections to witness and exhibits shall be heard at the pretrial conference.

**8. Designation of Testimony.**

The parties shall notify the Court on or before **May 14, 2021**, whether deposition testimony will be used at trial. The Court will then schedule a hearing to review all designated testimony and objections so that a final edited version of the deposition testimony can be prepared for trial.

//
//
//

**ORDER FOLLOWING STATUS CONFERENCE; SETTING DEADLINES # 3**

**9. Pretrial Order.**

    A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(b), shall be filed on or before **June 7, 2021**, and a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

    B. *Consistency*: The list of exhibits contained in the joint Pretrial Order shall reflect the exhibit marking scheme described above in paragraph 10(A).

    C. *Duplicative Exhibits*: In preparing the joint Pretrial Order, the parties shall confer regarding duplicate exhibits and determine which party will submit such exhibits for trial.

**10. Trial Briefs.** Trial briefs shall be filed by **June 3, 2021**.

**11. Submissions on the First Day of Trial.** The Court requires that the following be submitted to the courtroom deputy clerk on the first day of trial:

    A. *Exhibits*. Exhibits for presentation at the trial in tabbed binders indexed by exhibit number with exhibit tags placed consistently on the bottom right corner of each exhibit.  Counsel shall submit to the Court an original binder and two copied binders of their exhibits together with three discs or flash drives containing the same.

    B. *Exhibit List*. One copy of a final joint exhibit list.

    C. *Witness List*. One copy of witness lists in the order in which the witnesses are expected to be called to testify.

//
//
//
//
//
//
//
//

**ORDER FOLLOWING STATUS CONFERENCE; SETTING DEADLINES # 4**

**MODIFICATIONS**

**12. Good Cause.** Pursuant to Rule 16 of the Federal Rules of Civil Procedure, this schedule shall not be modified unless the Court finds good cause to grant leave for modifications.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 16th day of November 2020.

_____
Stanley A. Bastian
United States District Judge

**ORDER FOLLOWING STATUS CONFERENCE; SETTING DEADLINES # 5**