UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVAN CANAHAN,<br><br>          Plaintiff,<br><br>     v.<br><br>DAVID LEON,<br><br>          Defendant. | No. 2:17-CV-0086-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINES FOR DEFENSE EXPERT DISCLOSURE** |

     Before the Court is the parties' Stipulated Motion for Extension of Deadlines for Defense Expert Disclosure, ECF No. 152. Defendant requests more time to finalize his anticipated expert reports due to the intervening holiday season. Defendant indicates that the parties jointly stipulate to the motion. The Court finds good cause to grant the motion.

//

//

//

//

//

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINES FOR DEFENSE EXPERT DISCLOSURE** # 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Extension of Deadlines for Defense Expert Disclosure, ECF No. 152, is **GRANTED**.

2. Defendant shall disclose his rebuttal expert reports no later than **February 16, 2021**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 7th day of January 2021.

_____
STANLEY A. BASTIAN
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINES FOR DEFENSE EXPERT DISCLOSURE # 2**