# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVAN CANAHAN,<br><br>   Plaintiff,<br><br>   v.<br><br>DAVID LEON,<br><br>   Defendant. | No. 2:17-CV-0086-SAB<br><br>**ORDER RE: RESETTING TRIAL DATE** |

A telephonic scheduling conference was held in this matter on May 25, 2021. Mark Choate appeared on behalf of Plaintiff and Dylan Jackson and Jeff Sbaih appeared on behalf of Defendant.

At the hearing, the Court discussed the need to set a new trial date due to the Western District of Washington courthouse being closed through June 2021. Thus, the Court asked the parties to submit their unavailable dates so the Court can set a new trial date. This Order memorializes the Court's oral rulings.

//
//
//
//
//
//
//
//

**ORDER RE: RESETTING TRIAL DATE # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The bench trial set for June 28, 2021 is **STRICKEN**.
2. The pretrial conference set for June 8, 2021, is **STRICKEN**.
3. On or before **May 27, 2021**, the parties **shall** submit **all unavailable dates** for trial from **August 1, 2021 to September 5, 2022**. The Court will issue an amended Scheduling Order once the trial date has been reset.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 25th day of May 2021.

_____
Stanley A. Bastian
United States District Judge

**ORDER RE: RESETTING TRIAL DATE # 2**