UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| EVAN CANAHAN, | |
|---|---|
| Plaintiff, | No. 2:17-CV-0086-SAB |
| v. | |
| DAVID LEON, | **ORDER SETTING TRIAL DATE** |
| Defendant. | **AND DEADLINES** |
| | |
| | **BENCH TRIAL SET FOR** |
| | **FEBRUARY 1, 2022 @ 9:00 AM** |

A telephonic scheduling conference was held in this matter on May 25, 2021. Mark Choate appeared on behalf of Plaintiff and Dylan Jackson and Jeff Sbaih appeared on behalf of Defendant. At the hearing, the Court asked the parties to submit their unavailable dates in order to reset the trial date. The parties have submitted their schedules and thus the Court sets a trial date and case deadlines.

Accordingly, **IT IS HEREBY ORDERED:**

### TRIAL DATES

**1. Bench Trial.** The bench trial shall commence on **February 1, 2022**, at **9:00 a.m.** in **Seattle**, Washington. Counsel estimates a trial length of **seven (7)** days.

//

//

**ORDER SETTING TRIAL DATE AND DEADLINES # 1**

**2. Pretrial Conference.** A pretrial conference will be held **by video** on **January 10, 2022**, at **9:00 a.m.** Case participants will be provided with separate call-in details by email from the Court's staff.

## MOTION DEADLINES

**3. Dispositive Motions.** All dispositive motions shall be filed and served on or before **September 22, 2021**.

**4. Motions *in Limine*.**

　　A. *Motions* in Limine: shall be filed and served on or before **December 21, 2021**.

　　B. *Responses*: shall be filed and served on or before **December 28, 2021**.

　　C. *Replies*: shall be filed and served on or before **January 4, 2022**.

　　D. *Notation*: Motions *in limine* shall be noted for hearing at the pretrial conference.

## TRIAL PREPARATION DEADLINES

**5. Exhibit and Witness Lists.**

　　A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **December 28, 2021**.

　　B. *Identification*: The witness list shall include identification of each witness's testimony.

　　C. *Notation of Exhibits*: Where feasible, all exhibits identified in depositions shall be pre-marked with the exhibit numbers that will be used at trial. Plaintiff's trial exhibits are to be numbered 1 through 199; Defendant's exhibits are to be numbered 200 and following.

　　D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **January 4, 2022**.

**ORDER SETTING TRIAL DATE AND DEADLINES # 2**

E. *Responses*: Responses, if any, to objections shall be filed and served on or before **January 11, 2022**.

**6. Pretrial Exhibit Stipulation.**

A. *Stipulation*: The parties shall prepare a pretrial exhibit stipulation that shall contain each party's numbered list of all trial exhibits with the opposing party's objections to each exhibit, including the basis of the objection and the offering party's brief response. All exhibits to which there is no objection shall be deemed admitted, subject to any objections at trial that could not be raised in advance.

B. *Deadline*: The pretrial exhibit stipulation shall be filed on **January 11, 2022**.

C. Objections to witness and exhibits shall be heard at the pretrial conference.

**7. Pretrial Order.**

A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(b), shall be filed on or before **January 11, 2022**, and a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

B. *Consistency*: The list of exhibits contained in the joint Pretrial Order shall reflect the exhibit marking scheme described above in paragraph 10(A).

C. *Duplicative Exhibits*: In preparing the joint Pretrial Order, the parties shall confer regarding duplicate exhibits and determine which party will submit such exhibits for trial.

**8. Trial Briefs and Proposed Findings of Fact and Conclusions of Law.** Trial briefs and proposed findings of fact and conclusions of law shall be filed by **January 7, 2022**.

**9. Submissions on the First Day of Trial.** The Court requires that the following be submitted to the courtroom deputy clerk on the first day of trial:

A. *Exhibits*. Exhibits for presentation at the trial in tabbed binders indexed by exhibit number with exhibit tags placed consistently on the bottom right corner of each exhibit. Counsel shall submit to the Court an original binder and two copied binders of their exhibits together with three discs or flash drives containing the same.

B. *Exhibit List*. One copy of a final joint exhibit list.

C. *Witness List*. One copy of witness lists in the order in which the witnesses are expected to be called to testify.

## MODIFICATIONS

**10. Good Cause.** Pursuant to Rule 16 of the Federal Rules of Civil Procedure, this schedule shall not be modified unless the Court finds good cause to grant leave for modifications.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 2nd day of June 2021.

*[signature]*
_____
Stanley A. Bastian
United States District Judge

**ORDER SETTING TRIAL DATE AND DEADLINES # 4**