UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVAN CANAHAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID LEON,<br><br>　　　　　Defendant. | No. 2:17-CV-0086-SAB<br><br>**ORDER STRIKING TRIAL DATE; SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

　　　A pretrial conference was held in this matter by videoconference on January 7, 2022. Mark Choate appeared by video on behalf of Plaintiff. Dylan Jackson and Jeff Sbaih appeared by video on behalf of Defendant.

　　　At the hearing, the Court informed the parties that the Western District of Washington courthouse is closed to civil trials through February 2022 due to COVID-19. The Court also noted the issue of Defendant's recently filed Motion to Dismiss, ECF No. 172. The parties and the Court then developed a plan for how to proceed. This Order memorializes the Court's oral rulings.

//
//
//
//
//

**ORDER STRIKING TRIAL DATE; SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff shall file a response to Defendant's Motion to Dismiss, ECF No. 172, by **January 14, 2022**. Defendant shall file any reply by **January 21, 2022**.

2. On or before **January 14, 2022**, the parties shall submit to the Court (1) their available dates for trial in 2022 and (2) their proposed hearing date(s) for oral argument on Defendant's Motion to Dismiss, ECF No. 172.

3. Due to the closure of the Western District of Washington courthouse, the bench trial scheduled for February 1, 2022, and all other current pending trial deadlines are **STRICKEN**. The Court will reset the trial date and other related case deadlines once the parties have submitted their available trial dates.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 7th day of January 2022.

_____
Stanley A. Bastian
United States District Judge

**ORDER STRIKING TRIAL DATE; SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS # 2**