UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVAN CARNAHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID LEON,<br><br>    Defendant. | No. 2:17-CV-0086-SAB<br><br>**ORDER SETTING TRIAL DATE AND MOTION TO DISMISS HEARING DATE** |

A pretrial conference was held in this matter on January 7, 2022. Mark Choate appeared on behalf of Plaintiff and Dylan Jackson and Jeff Sbaih appeared on behalf of Defendant.

At the hearing, the Court asked the parties to submit their available dates for trial and oral argument on Defendant's pending Motion to Dismiss, ECF No. 172. The parties have submitted their schedules and thus the Court sets a trial date, hearing date on Defendant's motion, and associated case deadlines.

//
//
//
//
//
//
//
//

**ORDER SETTING TRIAL DATE AND MOTION TO DISMISS HEARING DATE # 1**

Accordingly, **IT IS HEREBY ORDERED:**

## TRIAL DATES

**1. Bench Trial.** The trial shall commence on **April 18, 2022**, at **9:00 a.m.** in **Seattle**, Washington. The matter of bench trial or jury trial shall be discussed at the next hearing on February 7.

**2. Pretrial Conference.** A pretrial conference will be held **by video** on **April 5, 2022**, at **10:00 a.m.** Case participants will be provided with separate call-in details by email from the Court's staff.

## MOTION DEADLINES

**3. Defendant's Motion to Dismiss.** The hearing on Defendant's Motion to Dismiss, ECF No. 172, is **set with oral argument** on **February 7, 2022** at **10:00 a.m.** by video. Case participants will be provided with separate call-in details by email from the Court's staff.

**4. Motions *in Limine*.**

A. *Motions* in Limine: shall be filed and served on or before **March 7, 2022**.

B. *Responses*: shall be filed and served on or before **March 14, 2022**.

C. *Replies*: shall be filed and served on or before **March 21, 2022**.

D. *Notation*: Motions *in limine* shall be noted for hearing at the pretrial conference.

## TRIAL PREPARATION DEADLINES

**5. Exhibit and Witness Lists.**

A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **March 14, 2022**.

B. *Identification*: The witness list shall include identification of each witness's testimony.

C. *Notation of Exhibits*: Where feasible, all exhibits identified in depositions shall be pre-marked with the exhibit numbers that will be used at trial. Plaintiff's

**ORDER SETTING TRIAL DATE AND MOTION TO DISMISS HEARING DATE # 2**

trial exhibits are to be numbered 1 through 199; Defendant's exhibits are to be numbered 200 and following.

D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **March 21, 2022**.

E. *Responses*: Responses, if any, to objections shall be filed and served on or before **March 28, 2022**.

**6. Pretrial Exhibit Stipulation.**

A. *Stipulation*: The parties shall prepare a pretrial exhibit stipulation that shall contain each party's numbered list of all trial exhibits with the opposing party's objections to each exhibit, including the basis of the objection and the offering party's brief response. All exhibits to which there is no objection shall be deemed admitted, subject to any objections at trial that could not be raised in advance.

B. *Deadline*: The pretrial exhibit stipulation shall be filed on **March 28, 2022**.

C. Objections to witness and exhibits shall be heard at the pretrial conference.

**7. Pretrial Order.**

A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(b), shall be filed on or before **March 28, 2022**, and a copy e-mailed in Word format to the Court at bastianorders@waed.uscourts.gov.

B. *Consistency*: The list of exhibits contained in the joint Pretrial Order shall reflect the exhibit marking scheme described above in paragraph 10(A).

C. *Duplicative Exhibits*: In preparing the joint Pretrial Order, the parties shall confer regarding duplicate exhibits and determine which party will submit such exhibits for trial.

**ORDER SETTING TRIAL DATE AND MOTION TO DISMISS HEARING DATE # 3**

**8. Trial Briefs and Proposed Findings of Fact and Conclusions of Law or Voir Dire.** Trial briefs and proposed findings of fact and conclusions of law or voir dire shall be filed by **March 24, 2022**.

**9. Submissions on the First Day of Trial.** The Court requires that the following be submitted to the courtroom deputy clerk on the first day of trial:

    A. *Exhibits*. Exhibits for presentation at the trial in tabbed binders indexed by exhibit number with exhibit tags placed consistently on the bottom right corner of each exhibit. Counsel shall submit to the Court an original binder and two copied binders of their exhibits together with three discs or flash drives containing the same.

    B. *Exhibit List*. One copy of a final joint exhibit list.

    C. *Witness List*. One copy of witness lists in the order in which the witnesses are expected to be called to testify.

## MODIFICATIONS

**10. Good Cause.** Pursuant to Rule 16 of the Federal Rules of Civil Procedure, this schedule shall not be modified unless the Court finds good cause to grant leave for modifications.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 14th day of January 2022.

_____
Stanley A. Bastian
United States District Judge

**ORDER SETTING TRIAL DATE AND MOTION TO DISMISS HEARING DATE # 4**