UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVAN CARNAHAN,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID LEON,<br><br>    Defendant. | No. 2:17-CV-0086-SAB<br><br>**ORDER RE: SETTLEMENT** |

The parties have notified the Court that this matter has settled. Thus, it appears that there are no further issues remaining for the Court's determination.

Accordingly, **IT IS HEREBY ORDERED:**

1. The motion hearing set for February 25, 2022 is **STRICKEN**.

2. The trial date on April 18, 2022 and the pretrial conference on April 5, 2022, are **STRICKEN**.

3. All other pending case deadlines are **VACATED**.

4. All pending motions, including Defendant's Motion to Dismiss, ECF No. 172, are **DISMISSED as moot**.

//
//
//
//
//
//

**ORDER RE: SETTLEMENT # 1**

5. On or before **March 11, 2022**, the parties **shall** file a stipulation and proposed order of dismissal.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 16th day of February 2022.

*[signature: Stanley A. Bastian]*

STANLEY A. BASTIAN
United States District Judge

**ORDER RE: SETTLEMENT # 2**