UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVAN CARNAHAN,<br><br>       Plaintiff,<br><br>       v.<br><br>DAVID LEON,<br><br>       Defendant. | No. 2:17-CV-0086-SAB<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion and Order of Dismissal With Prejudice and Without Costs, ECF No. 199. The parties stipulate that the above-captioned action should be dismissed. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court grants the stipulated motion and dismisses this case.

//
//
//
//
//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE # 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion and Order of Dismissal With Prejudice and Without Costs, ECF No. 199, is **GRANTED**.

2. The above-captioned matter is **DISMISSED with prejudice**. Each party is responsible for their own costs and fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 14th day of March 2022.

_____
STANLEY A. BASTIAN
United States District Judge

**ORDER DISMISSING CASE # 2**